**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1285

JAY FOLSE,

        Plaintiff - Appellant,

    v.

JOHN MCCUSKEY, JR., in his official and individual capacities; G. RUSSELL
ROLLYSON, JR., in his official and individual capacities; MICHELLE JONES,

        Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at
Wheeling.  John Preston Bailey, District Judge.  (5:24-cv-00021-JPB-JPM)

Submitted:  October 22, 2024              Decided:  October 24, 2024

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jay Folse, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jay Folse appeals the district court's order granting Defendants' motion to dismiss Folse's 42 U.S.C. § 1983 action and denying as moot Folse's application for a temporary restraining order. We have reviewed the record and find no reversible error. *See Baker v. Chemours Co. FC, LLC*, 855 S.E.2d 344, 348-49 (W. Va. 2021) (explaining state law requirements necessary for application of res judicata doctrine, which includes determining "whether the cause of action in the second suit is the same as the first suit" (internal quotation marks omitted)); *see also Moore v. Frazier*, 941 F.3d 717, 725 (4th Cir. 2019) (recognizing that this court may affirm a district court's "decision to dismiss the complaint on any ground apparent on the record"); *Francis v. Giacomelli*, 588 F.3d 186, 193 (4th Cir. 2009) ("[N]aked assertions of wrongdoing necessitate some factual enhancement within the complaint to cross the line between possibility and plausibility of entitlement to relief." (internal quotation marks omitted)); *DeBauche v. Trani*, 191 F.3d 499, 506 (4th Cir. 1999) ("To implicate . . . § 1983, . . . [t]he person charged must either be a state actor or have a sufficiently close relationship with state actors such that a court would conclude that the non-state actor is engaged in the state's actions.").

Accordingly, we affirm the district court's order. *Folse v. McCuskey*, No. 5:24-cv-00021-JPB-JPM (N.D. W. Va. Mar. 26, 2024). We dispense with oral argument because

2

the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*